

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-17-00425-CV

**IN THE INTEREST OF F.L.H., III ET AL., MINOR CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01447
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

On July 31, 2017, Appellant's attorney filed a motion requesting this court clarify the due date for appellant's brief. The reporter's record was filed on July 14, 2017, and the supplemental clerk's record was filed on July 28, 2017. Included in the supplemental clerk's record was a copy of the trial court's order of termination signed on July 25, 2017. Rule 38.6(a) of the Texas Rules of Appellate Procedure provides that "an appellant must file a brief within . . . 20 days in an accelerated appeal—after the later of: (1) the date the clerk's record is filed; or the date the reporter's record is filed." TEX. R. APP. P. 38.6(a). Accordingly, any appellant brief filed with this court is **due no later than August 14, 2017**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk